

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00808-CV

Daniel **CRISP**,
Appellant

v.

Ismael **CLAY**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI10107
Honorable Angelica Jimenez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the agreed motion to dismiss is GRANTED and this appeal is DISMISSED.

We order that all costs of appeal, if any, shall be borne by the party that incurred them.

SIGNED February 13, 2019.

_____
Beth Watkins, Justice